

# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF O.Z.O.

## NO. 14-14-00768-CV

_____

This cause, an appeal from the judgment in favor of appellee Olakunle Oladunni, signed May 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Denetra McClairne to pay all costs incurred in this appeal.

We further order this decision certified below for observance.